UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:11CV1591 RWS |
| ) | |
| DONZELL PEEBLES, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This is an action by the United States of America to collect principal and interest owed by defendant on promissory notes that were assigned to the United States. Defendant executed the promissory notes to secure student loans pursuant to Title IV-D of the Higher Education Act of 1965, 20 U.S.C. § § 1087a et seq. and the notes were assigned to the United States pursuant to 20 U.S.C. § 1071(a)(1)(D); 34 C.F.R. § 682.409.

Defendant failed to answer or otherwise respond in this matter within the time provided by and the Clerk's Entry of Default was entered on November 18, 2011 [#7]. Plaintiff has filed a motion for default judgment pursuant to Rule 55(b)(1) for a sum certain. I have reviewed and carefully considered the pleadings and as a result,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** Plaintiff's Motion for Default Judgment [#8] is **GRANTED** and judgment is entered in favor of Plaintiff United States of America in the sum of $77,660.54 (on Count I, $11,254.55 principal, $3,046.60 interest to November 21, 2011; on Count II, $3,516.95 principal, $770.15 interest to November 21, 2011; and on Count III, $48,477.25 principal, $10,595.03 interest to November 21, 2011), plus interest

until the date of judgment, and post-judgment interest at the legal rate as provided by law.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2011.